## Dougherty v. Wilkes-Barre Township School District, Appellant.

Argued March 7, 1960. Before RHODES, P. J., WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ. (GUNTHER, J., absent).

*Thomas C. Moore,* with him *Gifford S. Cappellini,* for appellant.

*John L. McDonald,* for appellee.

· OPINION PER CURIAM, March 24, 1960:

The six judges who heard the argument in this case being equally divided in opinion, the order is affirmed.